1  Lawrence D. Rohlfing                                                    JS-6
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff
6  Ramiro Reyes Padilla

7

8                    **UNITED STATES DISTRICT COURT**
                   **CENTRAL DISTRICT OF CALIFORNIA**
9                          **SOUTHERN DIVISION**

10

11

12 | RAMIRO REYES PADILLA,           ) Case No.: CV 10-07048 RNB
                                    )
13 |         Plaintiff,               ) /~~PROPOSED~~/ ORDER OF
                                    ) DISMISSAL
14 |     vs.                         )
                                    )
15 | MICHAEL J. ASTRUE,              )
   | Commissioner of Social Security,)
16 |                                 )
   |         Defendant.              )
17 |_____)

18
       The above captioned matter is dismissed with prejudice, each party to bear
19
   its own fees, costs, and expenses.
20
       IT IS SO ORDERED.
21
   DATE:   March 25, 2011            [signature]
22
                                     _____
23                                   THE HONORABLE ROBERT N. BLOCK
                                     UNITED STATES MAGISTRATE JUDGE
24

25

26

-1-